1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodnette Miller,<br><br>  Plaintiff<br><br>  vs.<br><br>Life Insurance Company of North America,<br><br>  Defendant. | CASE NO.: 2:13-cv-05149-SVW-VBK<br><br>ORDER DISMISSING ACTION PURSUANT TO NOTICE OF SETTLEMENT<br><br>JS - 6 |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice.

IT IS SO ORDERED.

Dated:  November 1, 2013

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE